ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

      - v. -                  :       ORDER

JEFFREY LAROCHELLE,              :       09 Cr. 948
ERIC FINGER,
FRITZ BONAVENTURE,               :
    a/k/a "Freak,"
FORIDUZZAMAN SARDER,             :
    a/k/a "Freddy,"
    a/k/a "Mohammed Sarder,"    :
    a/k/a "Farid Zaman,"
SAKAT HOSSAIN,                   :
    a/k/a "Shawakat Ali,"
MIKAEL HUQ,                      :
    a/k/a "Micky,"
    a/k/a "Zareh Khan,"        :
DENISE PARKS,
    a/k/a "Dee Dee,"           :
REGINALD JOHNSON,
FREDERICK WARREN,                :
DORIAN BROWN,
    a/k/a "D,"                 :
JOELL BARNETT, and
BRANDON LISI,                    :

            Defendants.   :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2009

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Ryan P. Poscablo;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       October 8, 2009

                                    _____
                                    THE HONORABLE DEBRA FREEMAN
                                    UNITED STATE MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEFFREY LAROCHELLE, ERIC FINGER,
FRITZ BONAVENTURE, a/k/a "Freak,"
FORIDUZZAMAN SARDER, a/k/a "Freddy,"
a/k/a "Mohammed Sarder,"
a/k/a "Farid Zaman,"
SAKAT HOSSAIN, a/k/a "Shawakat Ali,"
MIKAEL HUQ, a/k/a "Micky,"
a/k/a "Zareh Khan,"
DENISE PARKS, a/k/a "Dee Dee,"
REGINALD JOHNSON, FREDERICK WARREN,
DORIAN BROWN, a/k/a "D,"
JOELL BARNETT, and BRANDON LISI,

Defendants.

**UNSEALING ORDER**

09 Cr. 948

                                        PREET BHARARA
                            United States Attorney.