

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 15, 2009

**BY FACSIMILE**

**MEMO ENDORSED**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Jeffrey LaRochelle et al.,</u>
        09 Cr. 948 (NRB)

Dear Judge Buchwald:

    The above-referenced matter was assigned to Your Honor on October 8, 2009. I have spoken with Your Honor's Deputy Clerk, who has advised me that an initial pre-trial conference is scheduled for Wednesday, October 21, 2009 at 10:00 a.m.

    At the presentments before Magistrate Judge Freeman, the Government requested that the Court exclude time pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) from October 8, 2009 to October 21, 2009. Magistrate Judge Freeman instructed the Government to present the request to Your Honor. It is my understanding that Your Honor has already excluded time for Mr. LaRochelle until October 21, 2009.

    Accordingly, I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, from October 15, 2009 to October 21, 2009 for the remaining defendants. The ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial because the continuance will allow the Government to produce discovery, for the defense to review discovery and for the defense to consider whether there will be a disposition or whether there are any motions the defense wishes to file.

*So Ordered.*

*[signature]*
Buchwald
USDJ
10/15/09

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                By: _____
                      Ryan P. Poscablo
                      Assistant United States Attorney
                      Tel.: (212) 637-2634

cc: Julia Gatto, Esq. (By electronic mail)
    Jonathan Davidoff, Esq. (By electronic mail)
    David B. Epstein, Esq. (By electronic mail)
    Alan M. Nelson, Esq. (By electronic mail)
    Steven K. Frankel, Esq. (By Facsimile)
    Thomas Nooter, Esq. (By electronic mail)
    Richard Palma, Esq. (By electronic mail)
    William J. Stampur, Esq. (By electronic mail)
    Thomas F.X. Dunn, Esq. (By electronic mail)
    Randy Zelin, Esq. (By electronic mail)
    Kevin Payne, Esq. (By electronic mail)
    Judy Fleming, Esq. (By electronic mail)