UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BRANDON LISI,                              20 Civ. 3050 (NRB)

                Petitioner,          09 Cr. 948 (NRB)

- against -                                09 Cr. 1188 (NRB)

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner gives notice the above-captioned case is hereby voluntarily dismissed against all defendants.

Dated: June 11, 2020

                                          BRANDON LISI
                                          *Petitioner*

                                          By: /s/ *Brandon Lisi*
                                                Brandon Lisi

TO:    VIA ECF

         UNITED STATES OF AMERICA

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

June 30, 2020